ACCEPTED
03-14-00547-CR
4102498
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 9:42:14 AM
JEFFREY D. KYLE
CLERK

**IN THE THIRD COURT OF APPEALS**
**FOR THE STATE OF TEXAS**

**STATE OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

**V.**                                        **NO. 03-14-00547-CR**

2/03/2015 9:42:14 AM
JEFFREY D. KYLE
Clerk

**BRIAN ROLAND CHANDLER**

Appellee's

~~**APPELLANT'S**~~ **FIRST MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Brian Roland Chandler, Appellee, by and through his attorney of record, Linda Icenhauer-Ramirez, and files this his First Motion for Extension of Time to Brief and in support thereof, would show the Court the following:

**I.**

That the above-styled and numbered cause is styled The State of Texas v. Brian Roland Chandler, Cause Number CR-12-0005 in the 428th Judicial District Court of Hays County, Texas. Appellant was sentenced on February 23, 2012. The trial court entered a judgment nunc pro tunc on August 7, 2014.

**II.**

Appellee was convicted of one count of aggravated assault. His punishment was assessed at ten years imprisonment. The original judgment in the case said that appellee was found guilty of aggravated assault and contained an affirmative finding of a deadly weapon. Appellee filed a motion for a judgment nunc pro tunc deleting the deadly weapon finding. On August 7, 2014, the trial court held a hearing on the matter and after hearing the arguments of counsel and reviewing the record in the cause, granted appellee's motion for judgment nunc pro tunc.

**III.**

The State filed its notice of appeal from this decision on August 7, 2014. The State filed its brief on December 9, 2014. The due date for appellee's brief was January 8, 2015. The attorney who represented appellee in the trial court informed appellee's family that she does not practice appellate law and would not be able to represent appellee in the State's appeal of this matter. The undersigned attorney was hired by appellee's family last week and filed a notice of appearance in this matter on February 5, 2015.

**IV.**

This is Appellee's first motion for extension of time to file his brief. Appellee respectfully requests a thirty day extension of time to file the brief from today's date, which would make such brief due on Friday, March 13, 2015.

**V.**

The undersigned attorney was recently retained in this case. She has begun researching the issues in this cause but needs additional time in which to complete her research and file a response to the State's brief. She asks that this extension be granted so that she may effectively represent Appellee and so that justice may be done in this case.

Respectfully Submitted,

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ
Attorney at Law
1103 Nueces
Austin, Texas 78701
(512) 477-7991
FAX #: (512) 477-3580
SBN: 10382944
EMAIL: ljir@aol.com
ATTORNEY FOR APPELLEE

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion was computer generated and contains  513 words, as calculated by the word count function on my computer.

> /s/ Linda Icenhauer-Ramirez
> LINDA ICENHAUER-RAMIREZ


## CERTIFICATE OF SERVICE

I, Linda Icenhauer-Ramirez, hereby certify that a true and correct copy of the foregoing Appellee's First Motion for Extension of Time to Brief was e-served to Brian Erskine of the Hays County District Attorney's Office on this the 11th day of February, 2015.

> /s/ Linda Icenhauer-Ramirez
> LINDA ICENHAUER-RAMIREZ